Note.—See under (1) 15 C. J. p. 648, § 361; anno. 39 L. R. A. 77; 7 R. C. L. p. 959. (2) 3 C. J. p. 1252, § 1366; 37 C. J. p. 1042, § 449 (Anno); 2 R. C. L. p. 120; 1 R. C. L. Supp. p. 403; 4 R. C. L. Supp. p. 82. (3) 4 C. J. p. 876, § 2853; 2 R. C. L. p. 206; 1 R. C. L. Supp. p. 444; 4 R. C. L. Supp. p. 92; 5 R. C. L. Supp. p. 81. (4) 4 C. J. p. 879, § 2853; 2 R. C. L. p. 206; 1 R. C. L. Supp. p. 444. (5) 15 C. J. p. 571, § 274; 7 R. C. L. p. 957. (6) 17 C. J. pp. 983, § 279; 986, § 284, 988, § 285. (7) 4 C. J. p. 1129, § 3122.

---

**BAXTER et al. v. BOARD of COM'RS of ROGERS COUNTY.**

No. 15664—Opinion Filed Nov. 17, 1925.

(Syllabus.)

**1. Counties—Liability for Tortious Appropriation of Real Estate by Officers.**

The syllabus in the case of Board of County Commissioners of Rogers County v. L. W. Baxter et al., No. 15777, is adopted as the syllabus of this case.

**2. Judgment Sustained.**

Record examined; held, to support the judgment appealed from.

Appeal from District Court, Rogers County; A. S. Wells, Assigned Judge.

Action by L. W. Baxter et al. against the Board of County Commissioners of Rogers County for damages for the commission of a tort by the officers of the county.

Judgment for plaintiffs. The county officials appeal; the plaintiffs perfect their cross-appeal. Affirmed.

West & Petry, Robson & Bayless, and Lydick, McPherren & Wilson, for plaintiffs in error here and for defendants in error in the cross-appeal.

Jennings, Hall & Battenfield, and Edgar Anderson, County Attorney, for defendants in error here and for plaintiffs in error in the cross-appeal.

PHELPS J. The case of Board of County Commissioners of Rogers County v. L. W. Baxter et al., No. 15777, 113 Okla. 280, 241 Pac. 752, is controlling in this appeal, and operates to cause the affirmance thereof.

Note.—See under (1) 15 C. J. p. 571, § 274. (2) 4 C. J. p. 1129, § 3122.